ILND 450 (Rev. 10/13)  Judgment in a Civil Action

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHELLE INEZ IBANEZ, | ) |
| *Plaintiff*, | ) No. 21 C 4336 |
| v. | ) |
| | ) Judge Virginia M. Kendall |
| HINES INTERESTS LIMITED PARTNERSHIP and JEFFREY C. HINES, | ) |
| *Defendants*. | ) |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of Defendant(s) HINES INTERESTS LIMITED PARTNERSHIP and JEFFREY C. HINES

and against Plaintiff(s) MICHELLE INEZ IBANEZ
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Virginia M. Kendall on a Motion to Dismiss.

Date:  6/18/2024                    Thomas G. Bruton, Clerk of Court

                                    /s/Lynn Kandziora , Deputy Clerk